**OKLAHOMA State Courts Network**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| John Ortiz,<br>        Plaintiff,<br>v.<br>Camping World RV Sales, LLC DBA RVS.COM, Jayco Of Oklahoam City and Jayco Inc,<br>        Defendant. | **No. CJ-2024-6277**<br>**(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)**<br><br>Filed: 09/30/2024<br><br>Judge: Stinson, Sheila |

## PARTIES

Camping World RV Sales, LLC, Defendant
Jayco Inc, Defendant
Jayco Of Oklahoam City, Defendant
Ortiz,  John, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Green,  Louis  M. (Bar #12682)<br>325 DEAN A MCGEE AVE<br>OKC, OK 73102 | Ortiz,   John |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**       Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
             Filed By: Ortiz, John
             Filed Date: 09/30/2024

**EXHIBIT 2**

| Party Name | Disposition Information |
|---|---|
| | Pending. |

## DOCKET

| Date | Code | Description | | Amount |
|---|---|---|---|---|
| 09-30-2024 | [ TEXT ] | | #1 | |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | |
| 09-30-2024 | [ CONTRACT ] | | | |
| | BREACH OF AGREEMENT - CONTRACT | | | |
| 09-30-2024 | [ DMFE ] | | | $ 7.00 |
| | DISPUTE MEDIATION FEE | | | |
| 09-30-2024 | [ PFE1 ] | | | $ 163.00 |
| | PETITION | | | |
| 09-30-2024 | [ PFE7 ] | | | $ 6.00 |
| | LAW LIBRARY FEE | | | |
| 09-30-2024 | [ OCISR ] | | | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 09-30-2024 | [ OCJC ] | | | $ 1.55 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | |
| 09-30-2024 | [ OCASA ] | | | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | |
| 09-30-2024 | [ SSFCHSCPC ] | | | $ 10.00 |
| | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 09-30-2024 | [ CCADMINCSF ] | | | $ 1.00 |
| | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 09-30-2024 | [ CCADMIN0155 ] | | | $ 0.16 |
| | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | |
| 09-30-2024 | [ SJFIS ] | | | $ 0.45 |
| | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | |
| 09-30-2024 | [ DCADMIN155 ] | | | $ 0.23 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | |
| 09-30-2024 | [ DCADMIN05 ] | | | $ 0.75 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | |
| 09-30-2024 | [ DCADMINCSF ] | | | $ 1.50 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | |
| 09-30-2024 | [ CCRMPF ] | | | $ 10.00 |
| | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | |

| | | |
|---|---|---|
| 09-30-2024 | [ CCADMIN04 ] | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | |
| 09-30-2024 | [ LTF ] | $ 10.00 |
| | LENGTHY TRIAL FUND | |
| 09-30-2024 | [ SMF ] | $ 30.00 |
| | SUMMONS FEE (CLERKS FEE)X3 | |
| 09-30-2024 | [ P ] | |
| | PETITION | |
| | Document Available (#1059950678) TIFF   PDF | |
| 09-30-2024 | [ EAA ] | |
| | ENTRY OF APPEARANCE LOUIS M. GREEN ATTORNEY FOR PLAINTIFF | |
| | Document Available (#1059823841) TIFF   PDF | |
| 09-30-2024 | [ TEXT ] | |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE STINSON, SHEILA TO THIS CASE. | |
| 09-30-2024 | [ ADJUST ] | $ 6.81 |
| | ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | |
| 09-30-2024 | [ ACCOUNT ] | |
| | ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS:<br>CJ-2024-6277: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25<br>CJ-2024-6277: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25<br>CJ-2024-6277: AC81 LENGTHY TRIAL FUND -$0.25<br>CJ-2024-6277: AC79 OCIS REVOLVING FUND -$0.63<br>CJ-2024-6277: AC67 DISTRICT COURT REVOLVING FUND -$0.07<br>CJ-2024-6277: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02<br>CJ-2024-6277: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18<br>CJ-2024-6277: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04<br>CJ-2024-6277: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.13<br>CJ-2024-6277: AC31 COURT CLERK REVOLVING FUND -$0.05<br>CJ-2024-6277: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15<br>CJ-2024-6277: AC01 CLERK FEES -$4.79 | |

RECEIPT # 2024-5710481 ON 09/30/2024.
PAYOR: GREEN/LOUIS M TOTAL AMOUNT PAID: $ 272.14.
LINE ITEMS:
CJ-2024-6277: $188.21 ON AC01 CLERK FEES.
CJ-2024-6277: $6.81 ON AC09 CARD ALLOCATIONS.
CJ-2024-6277: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2024-6277: $1.61 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2024-6277: $4.87 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2024-6277: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2024-6277: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2024-6277: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2024-6277: $2.41 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2024-6277: $24.37 ON AC79 OCIS REVOLVING FUND.
CJ-2024-6277: $9.75 ON AC81 LENGTHY TRIAL FUND.
CJ-2024-6277: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2024-6277: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.